## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Calvin Klein Trademark Trust, et al.  ) | |
| ) | Case No:    13 C 8186 |
| v.                                                      ) | |
| ) | Judge:   Matthew F. Kenn*elly* |
| The Partnerships and Unincorporated  ) | |
| Associations Identified on Schedule "A"   ) | |

## **ORDER**

    Motion hearing held on 11/19/2013.     Plaintiffs' motion for temporary restraining order [6], Plaintiffs' motion for leave to file excess pages [7] and Plaintiffs' motion to seal [8] are all granted. Separate orders to follow.   The Clerk is directed to seal this case in its entirety.   Status hearing set for 12/2/2013 at 9:30 a.m.


 Date:  11/19/2013                                                              /s/ Judge Matthew F. Kennelly


(00:8)