# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CALVIN KLEIN TRADEMARK TRUST, CALVIN KLEIN, INC. and WARNACO INC., | ) ) ) Case No. 13-cv-8186 |
| Plaintiffs, | ) ) **Judge Matthew F. Kennelly** |
| v. | ) ) ) |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) ) ) ) ) |
| Defendants. | ) |

## SEALED TEMPORARY RESTRAINING ORDER

THIS CAUSE being before the Court on Plaintiffs' CALVIN KLEIN TRADEMARK TRUST, CALVIN KLEIN, INC. and WARNACO INC. (collectively, "Plaintiffs" or "Calvin Klein") *Ex Parte* Motion for entry of a Temporary Restraining Order, Domain Name Transfer Order, Asset Restraining Order, Expedited Discovery Order and Order to allow Service by Electronic Mail and Electronic Publication (the "Ex Parte Motion") against the Partnerships and Unincorporated Associations identified in Schedule A to the Complaint, and attached hereto (collectively, the "Defendants") and using at least the Defendant Domain Names and the Online Marketplace Accounts identified in Schedule A to the Complaint (the "Defendant Internet Stores"), and this Court having heard the evidence before it hereby GRANTS Plaintiffs' Ex Parte Motion in its entirety and orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

1

a. using the CALVIN KLEIN Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, advertising, offering for sale, or sale of any product that is not a Genuine Calvin Klein Product or not authorized by Plaintiffs to be sold in connection with the CALVIN KLEIN Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a Genuine Calvin Klein Product or any other product produced by Calvin Klein, that is not Calvin Klein's or not produced under the authorization, control or supervision of Calvin Klein and approved by Calvin Klein for sale under the CALVIN KLEIN Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Calvin Klein, or sponsored or approved by, or otherwise connected with Calvin Klein;

d. further infringing the CALVIN KLEIN Trademarks and damaging Calvin Klein's goodwill;

e. otherwise competing unfairly with Calvin Klein in any manner;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Calvin Klein, nor authorized by Calvin Klein to be sold or offered for sale, and which bear any of the CALVIN KLEIN Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

    g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Domain Names or any other domain name that is being used to sell Counterfeit Calvin Klein Products; and

    h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, advertising, offering for sale, or sale of any product bearing the CALVIN KLEIN Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a Genuine Calvin Klein Product or not authorized by Calvin Klein to be sold in connection with the CALVIN KLEIN Trademarks.

2. The domain name registries for the Defendant Domain Names, namely, VeriSign, Inc., Neustar, Inc., Afilias Limited and the Public Interest Registry, within two (2) business days of receipt of this Order, shall unlock and change the registrar of record for the Defendant Domain Names to a registrar of Calvin Klein's selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Calvin Klein's selection until further ordered by this Court.

3. Those in privity with Defendants and with notice of this Order, including any online marketplaces such as iOffer, social media platforms such as Facebook, YouTube, LinkedIn and Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts, domain name registrars and domain name registries, shall, within two (2) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the CALVIN KLEIN

Trademarks, including any accounts associated with the Defendants listed on Schedule A attached hereto;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CALVIN KLEIN Trademarks; and

c. Take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Discovery herein by Calvin Klein may continue by providing actual notice, pursuant to subpoena, e-mail or otherwise, of this Order to any of the following:

a. Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them;

b. any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, or other merchant account providers, payment providers, third party payment processors, credit card associations (e.g., MasterCard and VISA), which receive payments or hold assets on Defendants' behalf; or

c. any third party service providers, including without limitation the online B2B selling platforms including iOffer, Internet service providers, backend service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars and domain name registries who have provided services for Defendants.

5. Any third party providing services in connection with any of the Defendant Internet Stores or other websites operated by Defendants, including, without limitation, Internet

Service Providers ("ISP"), back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including PayPal, third party processors and other payment processing service providers, shippers, domain name registrars and domain name registries (collectively, "Third Party Providers") shall, within two (2) business days after receipt of such notice, provide to Calvin Klein copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and addresses of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including, without limitation, identifying information associated with Defendants' websites, the Defendant Domain Names and financial accounts;

b. Defendants' websites;

c. The Defendant Domain Names or any domain name registered by Defendants; and

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Defendants and any persons in active concert or participation with them shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Any banks, savings and loan associations, payment processors, PayPal or other financial institutions, for any Defendant or any of Defendants' websites shall within two (2) business days:

   a. Locate all accounts connected to Defendants, Defendants' Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the email addresses listed in Schedule A hereto; and

   b. Restrain and enjoin such accounts from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Calvin Klein may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Calvin Klein's control will redirect, and by sending an e-mail to the e-mail addresses identified in Schedule A to Calvin Klein's Complaint that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Schedule A and Exhibits 5 and 6 attached to the Declaration of Dawn Buonocore-Atlas shall remain sealed until further ordered by this Court.

10. Calvin Klein shall deposit with the Court Ten Thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of

such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Calvin Klein or on shorter notice as set by this Court.

12. This Temporary Restraining Order without notice is entered at 9:30 A.M. on this 19th day of November 2013 and shall remain in effect for (14) fourteen days.

_____
U.S. District Court Judge Matthew F. Kennelly

Calvin Klein Trademark Trust, Calvin Klein, Inc. and Warnaco Inc. v. The Partnerships
and Unincorporated Associations Identified on Schedule "A" - Case No. 13-cv-8186

# Schedule A

## Defendant Domain Names

| No. | Domain Name |
|---|---|
| 1 | replika-klockor.biz |
| 2 | bestmensunderwears.com |
| 3 | watchreco.com |
| 4 | nearwatches.com |
| 5 | urbanclothespalace.com |
| 6 | chedafc.com |
| 7 | watchesjewelry1.com |
| 8 | menunderwearsale.com |
| 9 | 4menunderwear.com |
| 10 | clothingchinamart.com |
| 11 | globalhotbrand.com |
| 12 | 4menbriefs.com |
| 13 | 2012menunderwear.com |
| 14 | clothingshoestrade.com |
| 15 | 60discountoutlet.com |
| 16 | replica-buy.com |
| 17 | salecalvinklein.com |
| 18 | watchespretty.com |
| 19 | inwatchsale.com |
| 20 | topmarketcn.com |
| 21 | snowboots365.com |
| 22 | replicawatchonsale.com |
| 23 | weishop.com |
| 24 | calvinkleinunterwäsche.com |
| 25 | negozicalvinklein.com |
| 26 | cheapcalvinkleinus.com |
| 27 | xn--calvinkleinunterwsche-m2b.com |
| 28 | billigecalvinklein.com |
| 29 | calvinkleininroma.com |
| 30 | calvinkleinroma.com |
| 31 | intimocalvinklein.com |
| 32 | ropacalvinkleinoutlet.com |
| 33 | calzoncillos-calvinklein.com |

| 34 | calvinkleinespaña.com |
|---|---|
| 35 | calvinkleinunderwearau.com |
| 36 | calvinkleindk.com |
| 37 | calvinkleingermany.com |
| 38 | calvinkleinspaccio.com |
| 39 | calvinkleintilsalg.com |
| 40 | calvinkleinonlinesalg.com |
| 41 | calvinkleinprezzo.com |
| 42 | calvinkleininmilano.com |
| 43 | calvinkleininitalia.com |
| 44 | negoziocalvinklein.com |
| 45 | hollycalvinklein.com |
| 46 | favoritescalvinklein.com |
| 47 | mrcalvinklein.com |
| 48 | calvinkleincalzoncillos.com |
| 49 | billigcalvinklein.com |
| 50 | calvinkleingunstig.com |
| 51 | calvinkleinmilano.com |
| 52 | calvinkleindamen.com |
| 53 | fashioncalvinklein.com |
| 54 | verkaufcalvinklein.com |
| 55 | calvinkleinachat.com |
| 56 | calvinkleinhistory.com |
| 57 | calvinkleingreat.com |
| 58 | newcalvinklein.com |
| 59 | classiccalvinklein.com |
| 60 | calvinkleinhall.com |
| 61 | freshcalvinklein.com |
| 62 | calvinkleinincreativity.com |
| 63 | perfectcalvinklein.com |
| 64 | ladycalvinkleinsale.com |
| 65 | calvinkleinunderwearlove.com |
| 66 | fashionablecalvinklein.com |
| 67 | trendcalvinkleinnet.com |
| 68 | discountcalvinklein.com |
| 69 | fashionshopcalvinklein.com |
| 70 | calvinkleinonlineshop.com |
| 71 | fashioncalvinkleinsale.com |
| 72 | fashioncalvinkleinstore.com |
| 73 | fashioncalvinkleinshop.com |
| 74 | haofashioncalvinklein.com |

| 75  | newest-calvinklein.com |
|-----|------------------------|
| 76  | yourcalvinklein.com |
| 77  | calvinkleinvipshop.com |
| 78  | vip2013mycalvinklein.com |
| 79  | calvinkleinunderwearshopping.com |
| 80  | calvinkleinunderwear365.com |
| 81  | calvinkleinunderwearfashionshop.com |
| 82  | intimo-calvinklein.com |
| 83  | calvinkleinundertøj.com |
| 84  | calvinklein5euros.com |
| 85  | calvinkleines.com |
| 86  | calvinkleinnederland.com |
| 87  | calvinklein-italia.com |
| 88  | hotcalvinklein.com |
| 89  | kaufencalvinklein.com |
| 90  | calvinkleinkob.com |
| 91  | calzoncilloscalvinkleinchina.com |
| 92  | calzoncilloscalvinkleinoutlet.com |
| 93  | calzoncillosbaratoscalvinklein.com |
| 94  | comprarcalzoncilloscalvinklein.com |
| 95  | calvinkleincoms.com |
| 96  | calzoncillosboxercalvinklein.com |
| 97  | boxercalvinkleines.com |
| 98  | calvinkleincalzoncillosventa.com |
| 99  | calvinklein58love.com |
| 100 | calvinkleinunderwearday.com |
| 101 | calvinkleinonlinevip.com |
| 102 | hotcalvinkleinsale.com |
| 103 | calvinkleintemperament.com |
| 104 | calvinkleinunderwearck.com |
| 105 | fashioncalvinkleinvip.com |
| 106 | bestcalvinklein.com |
| 107 | 365calvinkleinunderwear.com |
| 108 | calvinkleinroupas.com |
| 109 | calvinkleinuksale.com |
| 110 | calvinkleinoutletshop.com |
| 111 | calvinkleinonlinenz.com |
| 112 | calvinkleinropainteriores.com |
| 113 | uk-calvinkleinunderwear.com |
| 114 | midamericaequinesales.com |
| 115 | coupleunderwear.com |

| | |
|---|---|
| 116 | ropa-edhardy.com |
| 117 | 51moda.com |
| 118 | edhardy-pas-cher.com |
| 119 | ck365-underwear.com |
| 120 | gshop360.com |
| 121 | intimonegozionline.com |
| 122 | weekwholesale.com |
| 123 | hoopool.com |
| 124 | ebest168.com |
| 125 | buygift4u.com |
| 126 | replicawatchplace.com |
| 127 | cheapwatchonsales.com |
| 128 | lovewatchesonline.com |
| 129 | madridropa.com |
| 130 | womenunderwearsale.com |
| 131 | personalizedckunderwearshop.com |
| 132 | ckunderwearmen.com |
| 133 | facereplicawatches.com |
| 134 | replicawatchessmall.com |
| 135 | ckoutletunderwear.com |
| 136 | ck4buy.com |
| 137 | survetementsoldes.com |
| 138 | suprabuy.com |
| 139 | myclothingoutlets.com |
| 140 | brittobag.com |
| 141 | globalbuynow.com |
| 142 | qiqifashionss.com |
| 143 | abbmoon.com |
| 144 | 17ckunderwear.com |
| 145 | ckunderwearaaa.com |
| 146 | wholesaleunderwears.com |
| 147 | cheapbeatsbydreireland.com |
| 148 | beatsbydreonlinenz.com |
| 149 | shopforunderwearonline.com |
| 150 | underwearlowestprice.com |
| 151 | chooseunderwearonline.com |
| 152 | ckmensunderwear.com |
| 153 | sellteeshirt.com |
| 154 | icheaptrade.com |
| 155 | brand1234.com |
| 156 | apparelrooms.com |

| | | |
|---|---|---|
| 157 | free-gift-online.com | |
| 158 | 2013cheapwatches.com | |
| 159 | globalhotsell.com | |
| 160 | luxbangbang.com | |
| 161 | watchreco.net | |
| 162 | cheapmensunderwear.net | |
| 163 | menunderwearonline.net | |
| 164 | watchesir.net | |
| 165 | calvinkleinsale.net | |
| 166 | calvinkleinitaly.net | |
| 167 | cheapcalvinkleinunderwear.net | |
| 168 | maleunderwears.net | |
| 169 | bigworldwholesaler.net | |
| 170 | replicas2u.net | |
| 171 | calvinkleinsunderwears.org | |
| 172 | calvinkleinoutletbox.org | |
| 173 | wildomarcommunitycouncil.org | |
| 174 | vipairjordan.us | |
| 175 | lanbotrade.us | |

## Defendant Domain Names Registrants

| No. | Defendant / Registrant Name | Registrant Email |
|---|---|---|
| 1 | WHOISGUARD, INC. | 2C872EC3211744DAB94A2D93E1E98C12.PROTECT@WHOISGUARD.COM |
| 2 | qiu yu zhu | reformlee@163.com |
| 3 | you bao | youbao9i@163.com |
| 4 | pu zhixaing | puzhijie1984@126.com |
| 5 | wang fangniu | feijrw@163.com |
| 6 | zhoulinyu | wjxaf855@163.com |
| 7 | qi rao | xiandailihao@163.com |
| 8 | chen jian | paiurd@163.com |
| 9 | Yuefang Wu | bhuires@163.com |
| 10 | Zheng Honglin | dazihss@163.com |
| 11 | Li Ruilian | jirudfn@163.com |
| 12 | lan shi | 2247729836@qq.com |
| 13 | zhao yun | lanjili3@163.com |
| 14 | shi ny | sdvbfnffgdh55@163.com |
| 15 | ya yun ping | dabudt@163.com |
| 16 | chen fang | haorenjies@163.com |
| 17 | liu liping | jgruid@163.com |

| # | Name | Email |
|---|---|---|
| 18 | Qi Xiuhe | jurids@sina.cn |
| 19 | chen mingchun | liujiudaili@163.com |
| 20 | yang mei | liujiudaili@163.com |
| 21 | jiangzhenbiao | qusnhud@163.com |
| 22 | xiao jing yun | rizidu@163.com |
| 23 | jiang nan | full503@126.com |
| 24 | Laverne S Camacho | wjx1972563@163.com |
| 25 | hu lijuan | fhuris@163.com |
| 26 | XIA WANG | JDIMKDMN@126.COM |
| 27 | FU JIANGYU | POEURS@163.COM |
| 28 | Wang Jin De | 1043071500@qq.com |
| 29 | Liu Liang | 114948566@qq.com |
| 30 | Zhang shilin | budahur@163.com |
| 31 | zheng min | flortky@163.com |
| 32 | Zhang yaxu | zhxm2012@163.com |
| 33 | Zhang yaxu | zhxm2012@qq.com |
| 34 | ao bama | zhxm2012@qq.com |
| 35 | Gou Zhen | zhxm2012@qq.com |
| 36 | LIWEI.CO | kingfz003@gmail.com |
| 37 | xu shu guo | lipintop10@hotmail.com |
| 38 | zhan hong | l87978adsjk987adsf@yeah.net |
| 39 | Kingmaco co Ltd | kingmacoseo@hotmail.com |
| 40 | ana garcia palomo | annalar7@gmail.com |
| 41 | Jess L Taylor | clarapenelop@gmail.com |
| 42 | Girma Mulatu | girmamulatu696@hotmail.com |
| 43 | Maria Pignato | mariapignato585@hotmail.com |
| 44 | wangxiao | wanghot@gmail.cn |
| 45 | PrivacyProtect.org | contact@privacyprotect.org |
| 46 | Enid Hubbard | chartierrw@yahoo.com |
| 47 | Lucia Synge | fairlyfshd@yahoo.com |
| 48 | Harry Morgan | amoursxup@hotmail.com |
| 49 | Suzanne Mullings | arrazcom@hotmail.com |
| 50 | Andrew Craig | asotazhan@hotmail.com |
| 51 | Doris B Santiago | beardemn@hotmail.com |
| 52 | KHALAF FERNANDEZ DESIREE | dayingzeng@gmail.com |
| 53 | Brenda Mayo | henryarnonennn@hotmail.com |
| 54 | Yvonne Salazar | ilsezhr@hotmail.com |
| 55 | James Graham | rauszhiru@hotmail.com |
| 56 | Fast Shipping | safestdelivery@hotmail.com |
| 57 | Wang hejian | zhxm2012@gmail.com |
| 58 | marcin widel c/o Dynadot Privacy | privacy@dynadot.com |

| | | |
|---|---|---|
| 59 | WHOISGUARD, INC. | 6C168D2D19564BBBA14BB7A4939C40CA.PROTECT@WHOISGUARD.COM |
| 60 | WHOISGUARD, INC. | BCFAF53163334DD3B60D28E478A24C0E.PROTECT@WHOISGUARD.COM |
| 61 | Domains By Proxy, LLC | CALVINKLEINROPAINTERIORES.COM@domainsbyproxy.com |
| 62 | Domains By Proxy, LLC | UK-CALVINKLEINUNDERWEAR.COM@domainsbyproxy.com |
| 63 | zhi xiang pu | puzhijie1984@126.com |
| 64 | linqing | 511431158@QQ.com |
| 65 | hu sir | ptdxd45dsydsdalyx@163.com |
| 66 | yadong li | xiandailihao@163.com |
| 67 | li xiaoming | 88621110@qq.com |
| 68 | zhonghui liu | feiurt@163.com |
| 69 | GNF | XUEPO@ONEPOUND.CN |
| 70 | min guo | ecutool@163.com |
| 71 | hao danbu | gshop360@163.com |
| 72 | Guangzhou foreign trade | 1115010079@qq.com |
| 73 | li fen | huridh@163.com |
| 74 | wangbing | highvonsale@163.com |
| 75 | Li Haijun | lihaijun54321@163.com |
| 76 | Hua gang | 316pp@163.com |
| 77 | tangxiang trade | 495051376@qq.com |
| 78 | buygift4u | domain@sudu.cn |
| 79 | Whois Privacy Protection Service | whoisprivacyprotect@whoisservices.cn |
| 80 | yuyongjun | yuyongjun80@163.com |
| 81 | Zhong Liu | 684260@qq.com |
| 82 | XuWanLi | xunuo512@qq.com |
| 83 | songmingqiang | songmingqiang35@sina.com |
| 84 | liangzhengwen | thsale@vip.163.com |
| 85 | jiangdawei | lovewatchesonline@163.com |
| 86 | Zhong Yin Ling | 112440270@qq.com |
| 87 | liuxiang | facereplicawatches@163.com |
| 88 | guoqing | replicawatchessmall@163.com |
| 89 | ling ball | henyuhan@hotmail.com |
| 90 | zhang hai | kfqjdk@kddw33.com |
| 91 | lian jiang | kannansusa@yahoo.cn |
| 92 | juan chen | topmarketcn@gmail.com |
| 93 | Chen Xuxin | survetementsoldes@gmail.com |
| 94 | GNF | fanfan3921@yeah.net |

| | | |
|---|---|---|
| 95 | Guangzhou Onepound Computer Software Co., Ltd. | wanbang@34804804.com |
| 96 | guangzhou wanfangjisuanjiruanjianyouxiangongsi | wanbang@34804804.com |
| 97 | WHOIS AGENT | 290615769312@whoisprivacyprotectionservices.com |
| 98 | tradeadd | gobizchina@hotmail.com |
| 99 | John Cliff | iamjohncliff@yahoo.com.cn |
| 100 | jianyang zhang | lanbotrade@hotmail.com |
| 101 | Pepsida | pepsida@gmail.com |
| 102 | Guangzhou Pepsida Industrial Co., ltd | pepsida@gmail.com |
| 103 | Li Ming Zhen | web@core-d.com |
| 104 | haowang | chnnd129@hotmail.com |
| 105 | huamei mao yi gongsi | leadingstar01@gmail.com |
| 106 | gaoshangzhi | clothingshoestrade@yahoo.com |
| 107 | macklove Raymond | mackluv2@hotmail.com |
| 108 | UK PBeadsHere Limited | ditachedman@yahoo.com.cn |
| 109 | lyvann | nanasdu691002@hotmail.fr |
| 110 | Fern Anne | beatsbydreheadphonesonline@gmail.com |
| 111 | Carry Aimee | fashionbeatsbydreonline@gmail.com |
| 112 | Wildomar Comm Council | kristan.lloyd92595@gmail.com |
| 113 | li minmin | hellonow@aol.com |
| 114 | Private Registration | domains@privateregistryauthority.com |
| 115 | WhoisGuard, Inc. | 4a65630437dd4128ae8a42edc7f7603d.protect@whoisguard.com |
| 116 | WhoisGuard, Inc. | c303dbc21e5241bf875705d9dd05917c.protect@whoisguard.com |
| 117 | WhoisGuard, Inc. | edbc5c86b7e64cb89b6b9578c36b33b8.protect@whoisguard.com |
| 118 | Domains By Proxy, LLC | CKMENSUNDERWEAR.COM@domainsbyproxy.com |
| 119 | Domains By Proxy, LLC | WEISHOP.COM@domainsbyproxy.com |
| 120 | Fundacion Private Whois | 5226c29dwlmucw8h@5225b4d0pi3627q9.privatewhois.net |
| 121 | Fundacion Private Whois | 522ad894s2jh2v6u@5225b4d0pi3627q9.privatewhois.net |
| 122 | EMluxury International Trade Co.,LTD | domain@diyworld.com |
| 123 | May cheng | domain@diyworld.com |
| 124 | kong li | nearwatches@hotmail.com |
| 125 | fdsafsd af sdaf sda | fdsaf8808@yahoo.com |
| 126 | WHOISGUARD, INC. | 99B69AC2476C4BFE81C7D46A2674A9D0.PROTECT@WHOISGUARD.COM |

| 127 | Contact Privacy Inc. Customer 0131220575 | globalhotsell.com@contactprivacy.com |
|---|---|---|
| 128 | Li HaiQuan | support@tohosting.net |

| PayPal Accounts ||
|---|---|
| **No** | **Email Address** |
| 1 | 468330596@qq.com |
| 2 | cicolx@163.com |
| 3 | a7766hanao@163.com |
| 4 | bestemproduct@gmail.com |
| 5 | 2013pampers@gmail.com |
| 6 | suwan20133@gmail.com |
| 7 | weekorder@hotmail.com |
| 8 | obdtool@126.com |
| 9 | shenjianchenges@gmail.com |
| 10 | yorkbbs2013@yahoo.ca |
| 11 | lin88688@live.cn |
| 12 | wangfangcn86@hotmail.com |
| 13 | shendecang@gmail.com |
| 14 | 492591072@qq.com |
| 15 | fionaloo1986@hotmail.com |
| 16 | fashionshop1972@live.cn |
| 17 | tiqd6611119@126.com |
| 18 | 1to3options@gmail.com |
| 19 | alisa37998@gmail.com |
| 20 | baoxiangui321@126.com |
| 21 | baxianli666@163.com |
| 22 | dd4mm205812@126.com |
| 23 | hhp5205812@126.com |
| 24 | jocaichinahn029@126.com |
| 25 | ling158936@hotmail.com |
| 26 | lixiong812@gmail.com |
| 27 | ookk4205812@126.com |
| 28 | renzhenasd168@163.com |
| 29 | smile4youdear@hotmail.com |
| 30 | zhangronghui5288@163.com |

| Other Defendant Email Addresses ||
|---|---|
| No | Email Address |
| 1 | cheapclothinglove@hotmail.com |
| 2 | ckunderwear2011@gmail.com |
| 3 | outletmallshop@163.com |
| 4 | Watchsir@hotmail.com |
| 5 | chedaf@live.cn |
| 6 | bestmensunderwears@gmail.com |
| 7 | bestwatchservice2010@gmail.com |
| 8 | cheapmensunderwear@gmail.com |
| 9 | cherrysale@hotmail.com |
| 10 | clothingchinapalace@hotmail.com |
| 11 | keykellykey@hotmail.com |
| 12 | menunderwear2012@yahoo.com |
| 13 | menunderwearonline@gmail.com |
| 14 | onlineclothesbiz@hotmail.com |
| 15 | replica-buy@hotmail.com |
| 16 | salecalvinklein@gmail.com |
| 17 | service@watchesreplica1.com |
| 18 | shopping-onlines@hotmail.com |
| 19 | support@inwatchsale.com |
| 20 | topmarketcn@hotmail.com |
| 21 | watchesoem@gmail.com |
| 22 | weishop1@gmail.com |
| 23 | cheapclothinglove@yahoo.com.cn |
| 24 | harriet329@hotmail.com |
| 25 | outletmallshop@hotmail.com |
| 26 | saleswatchsir@gmail.com |
| 27 | wgx2237@yahoo.cn |
| 28 | soutletmallshop@163.com |
| 29 | abercrombie@60discountoutlet.com |
| 30 | cheapafclothes@hotmail.com |
| 31 | sales@60discountoutlet.com |